IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ANGELA BOLTON, DIANE CHAPMAN, WILLITA
BOYD BUSH, DONALD CHAPMAN, JOHN BOYD,
ANNIE BOYD, AND OTHA BOLTON, individually
AND AS THE WRONGFUL DEATH HEIRS AND
Beneficiaries OF OSCAR MOSLEY, DECEASED                    PLAINTIFFS


V.                                            CIVIL ACTION NO. 4:06CV96-TSL-LRA


LAUDERDALE COUNTY, MISSISSIPPI, by and
through its Board of Supervisors, LAUDERDALE
COUNTY SHERIFF'S DEPARTMENT SHERIFF
BILLIE SOLLIE, officially and in his individually
capacity, JAIL ADMINISTRATOR KIM REECE,
officially and in her individual capacity, AND
OTHER UNKNOWN JOHN AND JANE DOES
A-Z, also in their official and individual capacities        DEFENDANTS


## AGREED JUDGMENT OF DISMISSAL

This cause comes before the Court on the <u>ore tenus</u> request of the parties that this case be dismissed with prejudice in view of the Plaintiffs' agreement that the Defendants' Motion for Summary Judgment is likely to be sustained, and upon the Defendants' agreement that they will not attempt to cause any costs, attorneys fees or expenses to be shifted to the Plaintiffs or their representatives.  After due consideration of the record in this cause, the applicable law, and being otherwise fully advised in the premises, the Court finds that the parties' request is meritorious and should be granted.  It is therefore,

ORDERED AND ADJUDGED that this case be, and is hereby, dismissed with

prejudice. It is further,

ORDERED AND ADJUDGED that each party shall bear his/her/its own costs including attorneys fees and expenses.

SO ORDERED AND ADJUDGED this the 2nd day of May, 2008.

/s/Tom S. Lee
U.S. DISTRICT COURT JUDGE

**AGREED:**


/s/ Lee Thaggard
Lee Thaggard  (MSB #9442)
BOURDEAUX & JONES, LLP
Post Office Box 2009
Meridian, MS  39302-2009
Telephone:     601-693-2393
Facsimile:      601-693-0226

Counsel for the Defendants


/s/ Alvin Chase
Alvin Chase
Chase Chase & Associates, PLLC
10345 D'Iberville Boulevard, Suite D
D'Iberville, MS  39540
Telephone:     228-396-3300

Counsel for the Plaintiffs